**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLING INTERNATIONAL INC., etc.,            No. C05-3758 EMC

       Plaintiff,

      v.                                    **ORDER DIRECTING PARTIES TO
                                                     LODGE JOINT EXHIBIT ON**
BAYWOOD PARTNERS, INC., et al.,              **DEFENDANT'S MOTION TO DISMISS
                                                     OR FOR A MORE DEFINITIVE**
      Defendants.                          **STATEMENT**
_____/

      On November 30, 2005, the Court held a hearing on Defendant Baywood Partners, Inc.'s

Motion to Dismiss Complaint or For a More Definitive Statement ("Defendant's Motion"). At the

hearing, counsel for Defendant proffered an enlarged copy of Sheet No. 2 of Exhibit 1 to the

Declaration of John Locey in support of Defendant's Motion. The proffered exhibit consists of a

map depicting the property at issue in Plaintiff Darling International Inc.'s Fifth, Sixth and Seventh

Claims for Relief (the "Map"). Counsel for Plaintiff did not object to the submission of the Map for

the limited purpose of adjudicating Defendant's Motion. The Court took judicial notice of

Defendant's proffered Map for that limited purpose.

      The parties are hereby ordered to submit jointly another copy of the Map, for the limited

purpose of adjudicating Defendant's Motion, indicating the specific easements which Plaintiff seeks

in its claims for public dedication (Fifth Claim), prescriptive easement (Sixth Claim) and easement

by implication (Seventh Claim). The easements at issue shall be indicated or highlighted in three

different colors, or on three separate copies of the Map, if necessary to distinguish the easements

from one another.

1   The parties shall lodge this joint exhibit with Chambers by December 5, 2005.  Any requests

2   for an extension of time shall be submitted by stipulation.

3

4   IT IS SO ORDERED.

5   Dated:  December 1, 2005

6   _____
    EDWARD M. CHEN
7   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California