```
 1  LATHAM & WATKINS LLP
        Robert D. Crockett (Cal. Bar No. 105628)
 2  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
 3  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
 4  E-mail: Bob.Crockett@lw.com

 5     Joshua N. Holian (Cal. Bar No. 211772)
       Christopher W. Vincent (Cal. Bar No. 227021)
 6  505 Montgomery Street, Suite 2000
    San Francisco, California 94111
 7  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
 8
    Attorneys for Plaintiff and Counter-Defendant
 9  Darling International Inc.

10  MILLER, STARR & REGALIA
        Daniel R. Miller (Bar No. 126893)
11      William D. Pahland, Jr. (Bar No. 215332)
    1331 N. California Blvd., Fifth Floor
12  Post Office Box 8177
    Walnut Creek, California 94596
13  Telephone: (925) 935-9400

14  Attorneys for Defendants and Counter-Claimant
    Baywood Partners, Inc.
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAYWOOD PARTNERS, INC., a California corporation; REGAN HOLDING CORP., a California corporation,<br><br>Defendants. | CASE NO. C 05 03758 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF AMENDED COMPLAINT BY DARLING INTERNATIONAL INC.**<br><br>Action Filed: September 16, 2005<br><br>Date: Not applicable<br><br>Time: Not applicable<br><br>Judge: The Honorable Edward M. Chen |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED AND AGREED, among the parties to the above-entitled action, by and through their respective counsel of record, that plaintiff and counter-

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. C 05 3578 EMC
STIPULATION ALLOWING FILING
OF AMENDED COMPLAINT

1  defendant Darling International Inc. ("Darling") may file an amended complaint. Darling's First
2  Amended Complaint, attached hereto as Exhibit A, shall include a cause of action for
3  Cancellation of Instrument, as well as the four remaining causes of action from the September
4  16, 2005 Complaint (the "Original Complaint").
5        IT IS FURTHER STIPULATED AND AGREED that service of the amended
6  complaint will be deemed complete upon notice of the Court's order upon this stipulation.
7        IT IS FURTHER STIPULATED AND AGREED that Defendant Regan Holding
8  Corp. ("Regan") need not be a party to this stipulation because the amendment adds no claim for
9  relief against Regan.
10       IT IS FURTHER STIPULATED AND AGREED that Baywood shall be
11 permitted to file, within ten (10) days of notice of the undersigned order, a new answer which
12 may assert new and different affirmative defenses or denials.
13       IT IS FURTHER STIPULATED AND AGREED that each party reserves its right
14 to challenge by motion practice the amended complaint or the new answer.
15
16 Dated: January 25, 2006
17       LATHAM & WATKINS LLP
18
19       By    /s/ Robert D. Crockett
20       Robert D. Crockett
         Attorneys for Plaintiff and Counter-
         Defendant Darling International Inc.
21 Dated: January 25, 2006
22
23       MILLER, STARR & REGALIA
24       By    /s/ Daniel R. Miller
25       Daniel R. Miller
         Attorneys for Defendant and Counter-
         Claimant Baywood Partners, Inc.
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. C 05 3578 EMC
STIPULATION ALLOWING FILING
OF AMENDED COMPLAINT

[PROPOSED] ORDER

Pursuant to the parties' request and stipulation, and good cause appearing, the Court hereby accepts the parties' stipulation and grants Darling leave to file its First Amended Complaint.

IT IS SO ORDERED.

Dated: January 26, 2006

_____
The Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

SF\546513.2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. C 05 3578 EMC
STIPULATION ALLOWING FILING
OF AMENDED COMPLAINT

## [PROPOSED] ORDER

Pursuant to the parties' request and stipulation, and good cause appearing, the Court hereby accepts the parties' stipulation and grants Darling leave to file its First Amended Complaint.

IT IS SO ORDERED.

Dated: January _____, 2006

_____
The Honorable Edward M. Chen

3