Craig S. Miller (State Bar No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Defendant
Lakeville & Marina, LLC





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BAYWOOD PARTNERS, INC., *et.al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 05 3758-EMC<br><br>STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY AND ATTORNEYS |

Plaintiff Darling International, Inc., Defendant Regan Holding Corp., and Lakeville & Marina, LLC and its co-owners, by and through their counsel, stipulate as follows:

(1). Defendant Regan Holding Corp. sold its property, which is a subject of this litigation, to Lakeville & Marina, LLC, and four other fractional co-owners. A true and correct copy of the recorded deed evidencing this transfer of ownership is attached hereto as Exhibit A.

(2). Lakeville & Marina, LLC is authorized by all the other fractional co-owners of the property (the "co-owners") to act on their behalf in all matters relating to this litigation. These additional co-owners are: Florene May Heck, LLC; Thomas Florian Frazer, LLC; Amerivine, Inc.; and Wheeler Properties, LLC.

(3). As the new owners of the property, Lakeville & Marina, LLC and its co-owners succeed to the rights, title, interest, and obligations of the property's predecessor owner,

1 Defendant Regan Holding Corp.

2 (4). The sole issue in the litigation as to Defendant Regan Holding Corp. is the determination of whether Plaintiff has an easement (and if so, its scope) on the property that Regan sold to Lakeville & Marina, LLC and its co-owners. The litigation does not seek individual liability or damages against Regan. Accordingly, because the litigation only seeks to adjudicate rights in the property running with the land that Regan sold to Lakeville & Marina, LLC and its co-owners, Lakeville & Marina, LLC and its co-owners shall be substituted in the litigation in place of Defendant Regan Holding Corp.

(5). Defendant Regan Holding Corp. is dismissed from this litigation.

(6). Defendant Regan Holding Corp. waives all fees and costs incurred by it in this litigation, and disclaims any interest in the property that it sold to Lakeville & Marina, LLC and its co-owners.

(7). Defendant Regan Holding Corp.'s answer, filed with the Court on October 11, 2005, shall be deemed to be Lakeville & Marina, LLC and its co-owners' answer, with the proviso that nothing in this stipulation shall be construed to abridge Lakeville & Marina, LLC and its co-owners' right to file an amended answer after the Court has approved this stipulation.

(8). Lakeville & Marina, LLC and its co-owners hereby voluntarily consent to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

(9). Lakeville & Marina, LLC and its co-owners will not assert as a defense that the wrong person or entity has been named in Plaintiff's complaint and this stipulation as to the real property acquired by it from Regan Holding Corp.

(10). Lakeville & Marina, LLC and its co-owners will not assert as a defense the failure to name Regan Holding Corp. in this litigation.

(11). Defendant Regan Holding Corp.'s counsel, the Law Offices of Irv Piotrkowski,

Page 2 of 2
Darling Int'l, Inc. v. Baywood Partners, Inc., et al.
U.S. Dist. Court (N. Dist. Cal. – San Francisco Div.) Case No. C 05 3758-EMC
STIPULATION AND ORDER RE: SUBSTITUTION OF PARTIES

1  should be removed from, or inactivated from, the Court's records for future communications in
2  this matter.
3       (12).   Lakeville & Marina, LLC and its co-owners' counsel is: Weisberg & Miller, 654
4  Sacramento Street, 3rd Floor, San Francisco, CA 94111; telephone (415) 296-7070; fax (415)
5  296-7060; email: CMiller@WMLawFirm.com.
6       (13).   This substitution of parties does not affect the rights of the other defendant in this
7  litigation, Baywood Partners, Inc., who is the owner of a different parcel of property.

**IT IS SO STIPULATED:**

LAW OFFICES OF
IRV PIOTRKOWSKI

LATHAM & WATKINS, LLP

Mar. 27, 2006  _____
Irv Piotrkowski, counsel for
Regan Holding Corp.

Mar. 22, 2006  _____
Robert D. Crockett, counsel for
Darling International, Inc.

WEISBERG & MILLER

Mar. ___, 2006  _____
Craig S. Miller, counsel for
Lakeville & Marina, LLC
and its co-owners

\*   \*   \*

**IT IS SO ORDERED:**

Mar. 31, 2006  _____
Edward M. Chen,
U.S. Magistrate Judge

---

Page 3 of 3
Darling Int'l, Inc. v. Baywood Partners, Inc., et al.
U.S. Dist. Court (N. Dist. Cal. – San Francisco Div.) Case No. C 05 3758-EMC
STIPULATION AND ORDER RE: SUBSTITUTION OF PARTIES

LAW OFFICES OF
WEISBERG & MILLER
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415•296•7070   FAX 415•296•7060