**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8   DARLING INTERNATIONAL, INC., *et al.*,        No. C-05-3758 EMC
9              Plaintiff,
                                                   **ORDER GRANTING DEFENDANTS'**
10      v.                                         **MOTION TO COMPEL PRODUCTION**
                                                   **OF DOCUMENTS**
11  BAYWOOD PARTNERS, INC., *et al.*,
                                                   **(Docket No. 96)**
12             Defendants.
13  _____/
14
15          Defendants' motion came on for hearing on September 15, 2006.  Having considered the
16  papers filed in support of an in opposition to the motion and the argument of counsel, and good
17  cause appearing therefor, the Court hereby **GRANTS** the motion.  For the reasons stated on the
18  record, the Court orders Plaintiff to produce the following documents:
19          1.      All documents Plaintiff agreed to produce in its August 28, 2006 letter;
20          2.      All documents relating to the four loans it obtained during the 1997-2005 time period
21  (*i.e.*, from BankBoston, Credit Lyonnaise, GE Capital, and JP Morgan Chase Bank) that reference
22  the Property, including any reports, notes, memos, correspondence, e-mails and other
23  communications; and
24          3.      All documents that comprise financial and accounting records during the 1997-2005
25  time period that reference the Property, including any documents that reflect the value of the
26  Property, its treatment for tax purposes, the back-up data for the FAS 144 reports, and any
27  communications with Darling's accountants and auditors that reference the Property.
28

1      As to category No. 3, Plaintiff need not produce documents which do not contain any

2  substantive comments or characterization of the status of the Property.

3      Plaintiff shall by October 6, 2006 complete its production of all responsive documents and

4  provide a declaration to the Court and counsel certifying that all responsive documents have been

5  produced or identified in a privilege log.

6      This order disposes of Docket No. 96.

7

8      IT IS SO ORDERED.

9

10  Dated:  September 15, 2006

11                                          _____

12                                          EDWARD M. CHEN
                                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California