1  LATHAM & WATKINS LLP
      Robert D. Crockett (Cal. Bar No. 105628)
2     Ernest J. Hahn (Cal. Bar No. 237014)
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
4  Facsimile: (213) 891-8763
   E-mail: Bob.Crockett@lw.com
5
   Attorneys for Plaintiff and Counter-Defendant
6  Darling International Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 DARLING INTERNATIONAL INC.,        Case No. C 05 3758 EMC
   formerly known as Darling-Delaware
13 Company, Inc., a Delaware corporation,   **STIPULATION TO BIFURCATE
                                       DISCOVERY AND TRIAL, AND TO
14              Plaintiff,             EXTEND DISCOVERY DATES;
        v.                             [PROPOSED] ORDER THEREON**
15
16 BAYWOOD PARTNERS, INC. et al.,      **Complaint filed September 16, 2005**

17              Defendants.

18 ─────────────────────────────

19 BAYWOOD PARTNERS, INC., a
   California corporation,
20
                Counter-claimant,
21
        v.
22
   DARLING INTERNATIONAL INC.,
23 formerly known as Darling-Delaware
   Company, Inc., a Delaware corporation,
24 and ROES 1 through 25, inclusive,

25              Counter-defendants.

26

27

28

                                    i

LA\1621626.1
                                                    Case No. C 05 3758 EMC
                                    STIPULATION TO BIFURCATE DISCOVERY AND
                                      TRIAL AND EXTEND DISCOVERY DATES

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Darling International Inc. and Defendants Baywood Partners, Inc. and Lakeville & Marina LLC (collectively, the "Parties") that:

(a) discovery on the easement issues is stayed until after the conclusion of the trial on the contract issues; and

(b) if necessary, the Court will set a case management conference and issue an order setting the case discovery and trial deadlines applicable to the easement issues after the trial on the contract issue has concluded.

IT IS FURTHER STIPULATED by and between the Parties that the March 23, 2006 First Amended Case Management and Pretrial Order for Jury Trial setting deadlines on the contract issues for discovery and dispositive motions shall be amended as follows:

(a) written discovery must be propounded by November 17, 2006;

(b) experts must be disclosed and reports provided by and between the Parties by November 17, 2006;

(c) rebuttal experts must be disclosed and associated reports provided by December 4, 2006;

(d) all expert and non-expert discovery, including depositions, must be completed by December 19, 2006; and [handwritten: 24 at 3:00 p.m.]

(e) the last day to ~~file~~ [handwritten: hear] dispositive motions shall be January 9, 2007. [handwritten: Motion to be filed by Dec. 20, 2006.]

Dated: September 12, 2006          LATHAM & WATKINS LLP

By _____/s/ Robert D. Crockett_____
Robert D. Crockett
Ernest J. Hahn
Attorneys for Plaintiff
Darling International Inc.

| | |
|---|---|
| Dated: September 13, 2006 | MILLER, STARR & REGALIA<br><br>By /s/ Daniel R. Miller<br>Daniel R. Miller<br>William D. Pahland, Jr.<br>Attorneys for Defendant<br>Baywood Partners, Inc. |
| Dated: September 13, 2006 | WEISBERG & MILLER<br><br>By /s/ Craig Sheridan Miller<br>Craig Sheridan Miller<br>Attorney for Defendant<br>Lakeville & Marina LLC |

IT IS SO ORDERED.

Dated: September 18, 2006

_____
MAGISTRATE JUDGE EDWARD M. CHEN