| | |
|---|---|
| 1 | DANIEL R. MILLER (Bar No. 126893) |
|   | (e-mail: drm@msandr.com) |
| 2 | WILLIAM D. PAHLAND, JR. (Bar No. 215332) |
|   | (e-mail: wdp@msandr.com) |
| 3 | MILLER, STARR & REGALIA |
|   | A Professional Law Corporation |
| 4 | 1331 N. California Blvd., Fifth Floor |
|   | Post Office Box 8177 |
| 5 | Walnut Creek, California 94596 |
|   | Telephone: (925) 935-9400 |
| 6 | Facsimile: (925) 933-4126 |

Attorneys for Defendant and Counterclaimant
BAYWOOD PARTNERS, INC.,
a California corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL, INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, | No. C 05 3758-EMC [ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN] |
| Plaintiff, | STIPULATION WAIVING BAYWOOD'S DAMAGES REMEDY AND DARLING'S DEMAND FOR JURY TRIAL; [PROPOSED] ORDER |
| v. | |
| BAYWOOD PARTNERS, INC., a California corporation; REGAN HOLDING CORP., a California corporation, | Trial: February 20, 2007 |
| Defendants. | |
| BAYWOOD PARTNERS, INC., a California corporation, | |
| Counterclaimant, | |
| v. | |
| DARLING INTERNATIONAL, INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, and ROES 1 through 25, inclusive, | |
| Counterdefendants. | |

1       IT IS HEREBY STIPULATED AND AGREED, among the parties to the contract issues in the above-captioned action, by and through their respective counsel of record, that Baywood hereby waives its damages remedy as pled in the Second Claim for Relief of Baywood's counterclaim, and that Darling hereby waives its demand for jury trial on the contract issues. Accordingly, the trial of the contract issues will proceed before Magistrate Judge Chen without a jury.

Dated: October 5, 2006

MILLER, STARR & REGALIA

By: _____
DANIEL R. MILLER
Attorneys for Defendant and
Counterclaimant
BAYWOOD PARTNERS, INC., a
California corporation

Dated: October 5, 2006

LATHAM & WATKINS LLP

By: /s/ Robert D. Crockett
ROBERT D. CROCKETT
Attorneys for Plaintiff and
Counterdefendant
DARLING INTERNATIONAL INC.

[PROPOSED] ORDER

Pursuant to the parties' request and stipulation, and good cause appearing therefor, the Court hereby amends its March 23, 2006 First Amended Case Management and Pretrial Order for Jury Trial as follows: Trial on the contract issues shall go forward in Courtroom C, 15th Floor, on February 20, 2007 as a bench trial.

IT IS SO ORDERED.

Dated: October 11, 2006

_____
MAGISTRATE JUDGE EDWARD M. CHEN
Judge of the
Northern District

*IT IS SO ORDERED / Judge Edward M. Chen* (seal of United States District Court, Northern District of California)