LATHAM & WATKINS LLP
  Robert D. Crockett (Cal. Bar No. 105628)
  Ernest J. Hahn (Cal. Bar No. 237014)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: Bob.Crockett@lw.com

Attorneys for Plaintiff and Counter-Defendant
Darling International Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BAYWOOD PARTNERS, INC. et al., <br><br> Defendants. | Case No. C 05 3758 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY CUTOFF** <br><br><br> **Complaint filed September 16, 2005** |
| BAYWOOD PARTNERS, INC., a California corporation, <br><br> Counter-claimant, <br><br> v. <br><br> DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, and ROES 1 through 25, inclusive, <br><br> Counter-defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1599534.5

i

Case No. C 05 3758 EMC
STIPULATION AND [PROPOSED] ORDER TO
EXTEND EXPERT DISCOVERY DEADLINE

# STIPULATION AND [PROPOSED] ORDER

Plaintiff Darling International Inc. ("Darling") and defendant Baywood Partners, Inc. ("Baywood"), by and through their respective counsel, hereby stipulate and respectfully request that this Court enter its Order approving the following continuation of the deadline for conducting expert witness discovery in the above-captioned case:

WHEREAS, the expert witness discovery deadline in this case is currently calendared for April 18, 2007;

WHEREAS, Robert D. Crockett, lead counsel for Darling, is currently scheduled to be in trial between April 16, 2007 and April 27, 2006 in Stockton; and

WHEREAS, Darling offered to take and defend the depositions of the expert witnesses in this matter on either April 2 or 5, 2007, which dates are the only two dates Darling's counsel is available, but neither of these dates were possible given Baywood's current schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Darling and Baywood that this Court may continue the deadline for the parties to conduct expert discovery in this matter to April 30, 1997, it being understood that if Mr. Crockett's Stockton trial concludes early, the parties will cooperatively seek to expedite the expert depositions.

Dated: March __29__, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By __/s/ Ernest J. Hahn__
Robert D. Crockett
Ernest J. Hahn
Attorneys for Plaintiff
Darling International Inc.

Dated: March __29__, 2007

MILLER STARR & REGALIA

By __/s/ Daniel R. Miller__
Daniel R. Miller
William D. Pahland
Attorneys for Defendant
Baywood Partners, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1599534.5

1

Case No. C 05 3758 EMC
STIPULATION AND [PROPOSED] ORDER TO
EXTEND EXPERT DISCOVERY DEADLINE

Case 3:05-cv-03758-EMC Document 136 Filed 03/29/2007 Page 3 of 3

# **ORDER**

Good cause appearing, pursuant to the stipulation of plaintiff Darling International Inc. and defendant Baywood Partners, Inc., IT IS HEREBY ORDERED that the deadline to conduct expert discovery in this matter is continued from April 18, 2007 to April 30, 2007

Date: March 30, 2007    By: _____
The Honorable Edward M. Chen
U.S. M.

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1599534.5

Case No. C 05 3758 EMC
STIPULATION AND [PROPOSED] ORDER TO
EXTEND EXPERT DISCOVERY DEADLINE