LATHAM & WATKINS LLP
   Robert D. Crockett (Cal. Bar No. 105628)
   Ernest J. Hahn (Cal. Bar No. 237014)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: Bob.Crockett@lw.com

Attorneys for Plaintiff and Counter-Defendant
Darling International Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYWOOD PARTNERS, INC. et al.,<br><br>    Defendants. | Case No. C 05 3758 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE OVERSIZED TRIAL BRIEFS**<br><br>**Complaint filed September 16, 2005** |
| BAYWOOD PARTNERS, INC., a California corporation,<br><br>    Counter-claimant,<br><br>    v.<br><br>DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, and ROES 1 through 25, inclusive,<br><br>    Counter-defendants. | |

LA\1705455.1             i

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
LOS ANGELES

Case No. C 05 3758 EMC
STIPULATION AND [PROPOSED] ORDER TO FILE
OVERSIZED TRIAL BRIEF

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Darling International Inc. ("Darling") and defendant Baywood Partners, Inc. ("Baywood"), by and through their respective counsel, hereby stipulate and respectfully request that this Court enter its Order permitting the parties to file trial briefs in excess of the 25-page limit set forth in Civil L.R. 7-4:

WHEREAS, Civil L.R. 7-4 states that: "Unless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text …;"

WHEREAS, this case involves the continuing validity of a complex 40 page Purchase and Sale Agreement originally executed by the parties in 1990, which was since amended fourteen times over the course of seven years;

WHEREAS, because the trial in the case involves resolution of the parties' interactions over a 17-year period, involving hundreds of exchanged paper and electronic documents, and the parties believe that they cannot adequately address these issues in the 25 pages provided by Civil L.R. 7-4;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Darling and Baywood that this Court may enter an order permitting each party to file an oversized trial brief not to exceed 50 pages.

Dated: March 30, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Ernest J. Hahn
Robert D. Crockett
Ernest J. Hahn
Attorneys for Plaintiff
Darling International Inc.

Dated: March 30, 2007

MILLER STARR & REGALIA

By  /s/ William D. Pahland
Daniel R. Miller
William D. Pahland
Attorneys for Defendant
Baywood Partners, Inc.

LA\1705455.1

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. C 05 3758 EMC
STIPULATION AND [PROPOSED] ORDER TO FILE
OVERSIZED TRIAL BRIEF

# **ORDER**

Good cause appearing, pursuant to the stipulation of plaintiff Darling International Inc. and defendant Baywood Partners, Inc., IT IS HEREBY ORDERED that each party may file an oversized trial brief not to exceed 50 pages.

Date: April 2, 2007        By: _____
The Honorable
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

LA\1705455.1

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. C 05 3758 EMC
[PROPOSED] ORDER RE PERMISSION TO FILE
OVERSIZED TRIAL BRIEF