DANIEL R. MILLER (Bar No. 126893)
  (e-mail: drm@msandr.com)
WILLIAM D. PAHLAND, JR. (Bar No. 215332)
  (e-mail: wdp@msandr.com)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California  94596
Telephone:    (925) 935-9400
Facsimile:    (925) 933-4126

Attorneys for Defendant and Counterclaimant
BAYWOOD PARTNERS, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL, INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BAYWOOD PARTNERS, INC., a California corporation; REGAN HOLDING CORP., a California corporation, <br><br> Defendants. | No. C 05 3758-EMC <br> [ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN] <br><br> [~~PROPOSED~~] <br> ORDER PERMITTING TRIAL EQUIPMENT <br><br> Time:   8:30 a.m. <br> Dept:   Courtroom C, 15th Floor <br><br> Trial:   May 7, 2007 |
| BAYWOOD PARTNERS, INC., a California corporation, <br><br> Counterclaimant, <br><br> v. <br><br> DARLING INTERNATIONAL, INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, and ROES 1 through 25, inclusive, <br><br> Counterdefendants. | |

1  IT IS HEREBY ORDERED that, beginning Friday, May 4, 2007, the following
2  equipment shall be permitted in Courtroom C of the above entitled Court, located at 450 Golden
3  Gate Avenue, San Francisco, California, for use by defendant and counterclaimant Baywood
4  Partners, Inc. in the trial of this matter before the Honorable Edward M. Chen:

- 3 laptop computers
- 1 external hard drive
- 1 laser pointer
- 1 tech table
- 1 projector
- 1 projector stand
- 1 screen
- 2 audio speakers
- appropriate cabling
- transport bins for all equipment

Dated:  May 1, 2007                           _____
                                              MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAYW\45063\695117.1                    -2-                    ORDER PERMITTING TRIAL EQUIPMENT
                                                              (No. C 05 3758-EMC)

## PROOF OF SERVICE

*Darling International, Inc. v. Baywood Partners, Inc. et al.*
U.S. District Court, N.D. Cal., Case No. C 05 3758-EMC

I, Beverly Dozier-Jones, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1331 N. California Blvd., Fifth Floor, P.O. Box 8177, Walnut Creek, CA 94596. On the date below, I served the within document(s):

## [PROPOSED] ORDER PERMITTING TRIAL EQUIPMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by scanning the document(s) listed above in "PDF" format and E-Filing said document(s) directly with the United States District Court's ECF website at: https//ecf.cand.uscourts.gov before 5:00 p.m. (PST).

☐ by e-mailing the documents(s) in "PDF" format to the attorneys of record at their e-mail addresses listed below by 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope for overnight delivery via ***Express Mail, Federal Express, UPS, California Overnight,*** or other overnight mail service, with fees fully prepaid, and deposited for same-day pick-up by an authorized representative.

☐ by causing the document(s) listed above to be hand-delivered by courier to the following person(s) at the address(es) set forth below.

Robert D. Crockett, Esq.    Email: bob.crockett@lw.com
Ernest J. Hahn, Esq.    Email: ernie.hahn@lw.com
Indira Smith, Esq.    Email: indira.smith@lw.com
Latham & Watkins LLP    Tel:    (213) 485-1234
633 West Fifth Street, Suite 4000    Fax:    (213) 891-8763
Los Angeles, CA 90071-2007

Attorneys for Plaintiff and Counter-Defendant
**Darling International Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BAYW\45063\695117.1 -3- ORDER PERMITTING TRIAL EQUIPMENT
(No. C 05 3758-EMC)

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the date below at Walnut Creek, California.

Dated: April 30, 2007                    */s/ Beverly Dozier-Jones*
                                          Beverly Dozier-Jones