1  LATHAM & WATKINS LLP
     Robert D. Crockett (Cal. Bar No. 105628)
2    Ernest J. Hahn (Cal. Bar No. 237014)
     Indira E. Smith (Cal. Bar No. 230433)
3  633 West Fifth Street, Suite 4000
   Los Angeles, California 90071-2007
4  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
5  E-mail: Bob.Crockett@lw.com

6  Attorneys for Plaintiff and Counter-Defendant
   Darling International Inc.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 DARLING INTERNATIONAL INC.,            Case No. C 05 3758 EMC
   formerly known as Darling-Delaware
13 Company, Inc., a Delaware corporation,  [~~PROPOSED~~] ORDER PERMITTING
                                           TRIAL EQUIPMENT
14            Plaintiff,
                                           **Trial:   May 7, 2007**
15       v.                                **Time:   8:30 a.m.**
                                           **Ctrm:   C, 15th Floor (Chen)**
16 BAYWOOD PARTNERS, INC. et al.,

17            Defendants.                  **Complaint filed September 16, 2005**

18 _____

19 BAYWOOD PARTNERS, INC., a
   California corporation,
20
              Counter-claimant,
21
         v.
22
   DARLING INTERNATIONAL INC.,
23 formerly known as Darling-Delaware
   Company, Inc., a Delaware corporation,
24 and ROES 1 through 25, inclusive,

25            Counter-defendants.

26

27

28

                                  1

1    IT IS HEREBY ORDERED that, beginning Friday May 4, 2007, Plaintiff
2    Darling International Inc. shall be permitted to bring the following equipment into
3    Courtroom C of the Court located at the above address for use throughout the trial of the
4    above-captioned matter:
5    1.    A printer.

7    IT IS SO ORDERED.

      5/4/07
      _____          _____
         Date                   Hon. Edward M. Chen
                                U.S. Magistrate Judge

   IT IS SO ORDERED
   Judge Edward M. Chen

2