UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLING INTERNATIONAL, INC., | No. C-05-3758 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE** |
| BAYWOOD PARTNERS, INC., *et al.*, | **(Docket No. 241)** |
| Defendants. | |
| _____/ | |

    Plaintiff Darling International, Inc. has moved to continue the hearing on Defendant Baywood Partners, Inc.'s motion for attorney's fees, expert fees, and costs. Darling seeks a continuance because the hearing is scheduled to take place only one day before Darling's Form 10-Q is due. According to Darling, if the Court were to rule from the bench on the day of the hearing, then Darling would not be able to make changes that could result from the ruling to its Form 10-Q in time. Baywood opposes the request for a continuance.

    Having reviewed the parties' briefs and accompanying submissions, the Court hereby **DENIES** Darling's motion to continue. Baywood has agreed to ask the Court to defer any decision on the motion for fees and costs until after Darling's 10-Q deadline has passed.

    IT IS SO ORDERED.

Dated: October 29, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge