LATHAM & WATKINS LLP
   Robert D. Crockett (Cal. Bar No. 105628)
   Ernest J. Hahn (Cal. Bar No. 237014)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: Bob.Crockett@lw.com

Attorneys for Plaintiff and Counter-Defendant
Darling International Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BAYWOOD PARTNERS, INC., a California corporation; and LAKEVILLE & MARINA, LLC, a California corporation,<br><br>    Defendants.<br><hr>BAYWOOD PARTNERS, INC., a California corporation,<br><br>    Counter-claimant,<br><br>v.<br><br>DARLING INTERNATIONAL INC., formerly known as Darling-Delaware Company, Inc., a Delaware corporation, and ROES 1 through 25, inclusive,<br><br>    Counter-defendants. | Case No. C 05 3758 EMC<br><br>**STIPULATION TO STAY ENFORCEMENT OF JUDGMENT; [~~PROPOSED~~] ORDER** |

## STIPULATION

Darling International Inc. ("Darling") and Baywood Partners, Inc. ("Baywood") make this stipulation with reference to the following facts:

WHEREAS, trial in phase I of this matter, which involved issues exclusive to Darling and Baywood, was conducted before this Court over the course of May 7-15, 2007.

WHEREAS, this Court issued its findings of facts and conclusions of law in this matter on July 13, 2007;

WHEREAS, judgment in this matter was entered on July 18, 2007;

WHEREAS, Darling perfected its appeal of this matter on October 5, 2007;

WHEREAS, Darling has requested a stay of enforcement of the judgment;

AND WHEREAS, Darling and Baywood have agreed to a stay of enforcement of the judgment, subject to the rights of either party to terminate the stay as described below;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that enforcement of this Court's July 18, 2007 judgment be stayed pending appeal. This stay may be terminated by either party upon filing in this Court and serving an *ex parte* "Notice of Termination of Stay Upon Seven Day's Notice," whereupon the other party may, if it desires, move this Court for further proceedings relating to a stay. Unless there is further Court order, the stay will automatically terminate upon the expiration of the seven day's notice.

Dated: November 15, 2007

Respectfully submitted,
LATHAM & WATKINS LLP

By _____
Robert D. Crockett
Ernest J. Hahn
Attorneys for Plaintiff
Darling International Inc.

1

MILLER STARR REGALIA

By /s/ Daniel R. Miller
Daniel R. Miller
William D. Pahland, Jr.
Dana C. Tsubota
Attorneys for Defendant
Baywood Partners, Inc.

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED that the judgment in this matter be stayed pending appeal, subject to the terms of the above stipulation.

Dated: November 19, 2007

By: _____

**IT IS SO ORDERED**
/s/ Edward M. Chen
Judge Edward M. Chen

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*